x:\tc51580\appear

WDJ/ls
File No.: TC-51580

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------X
SIME BEGONJA AND SILVA BEGONJA,

              Plaintiffs,

    -against-

90 CHURCH STREET LIMITED PARTNERSHIP,
AMBIENT GROUP, INC., BELFOR USA GROUP, INC.,
BOSTON PROPERTIES, INC., LIBERTY STREET
REALTY, NEW YORK CITY INDUSTRIAL
DEVELOPMENT AGENCY, STRUCTURE TONE (UK),
INC., STRUCTURE TONE GLOBAL SERVICES, INC.,
AND TRINITY REAL ESTATE, ET AL,

              Defendants.
-----------------------------------------------------------------X

**NOTICE OF APPEARANCE**

21 MC 102 (AKH)

COUNSELORS:

    PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below:

Case 1:07-cv-05338-AKH    Document 3    Filed 07/17/2007    Page 2 of 2