Richard S. Mills, Esq. (RM-0206)
John P. Cookson, Esq. (JPC-9391)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483.9490
*Attorneys for Defendant*
*Ambient Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| SIME BEGONJA (and WIFE, SILVA BEGONJA), <br><br> Plaintiffs, <br><br> -against- <br><br> 90 CHURCH STREET LIMITED PARTNERSHIP, ET AL., <br><br> Defendants. | INDEX NO.: 07CV05338 (AKH) <br><br> **NOTICE OF ADOPTION OF AMBIENT GROUP, INC.'S ANSWER TO MASTER COMPLAINT** <br><br> **ELECTRONICALLY FILED** |

PLEASE TAKE NOTICE that Defendant, AMBIENT GROUP, INC., by its attorneys, McElroy, Deutsch, Mulvaney & Carpenter, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 2, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant, AMBIENT GROUP, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
September 14, 2007

Yours etc.,

McElroy, Deutsch, Mulvaney & Carpenter, LLP
*Attorneys for Defendant*
*Ambient Group, Inc.*

By: _____
Richard S. Mills (RM-0206)
John P. Cookson (JPC-9391)
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483.9490

TO: Worby Groner Edelman & Napoli Bern, LLP
115 Broadway, 12th Floor
New York, New York 10006
(212) 267.3700

Gregory J. Cannata, Esq.
Robert A. Grochow, Esq.
233 Broadway, 5th Floor
New York, New York 10279
(212) 553.9206

James E. Tyrrell, Jr., Esq.
Patton Boggs LLP
One Riverfront Plaza
Newark, New Jersey 07102
(973) 848.5600

Thomas A. Egan, Esq.
Fleming Zulack Williamson Zauderer, LLP
One Liberty Plaza
New York, New York 10006-1404
(212) 412.9500

# CERTIFICATE OF SERVICE

JOHN P. COOKSON, an attorney duly admitted to practice in the Southern District of New York, hereby certifies pursuant to Fed. R. Civ. P 5, that on September 14, 2007, I caused to be served the annexed **Notice of Adoption of Ambient Group, Inc.'s Answer to Master Complaint** on the listed parties below, at the addresses designated by them for that purpose, by electronic filing in accordance with the Rules for the Southern District of New York via CM/ECF and via first class mail through the United States Postal Service.

TO: Worby Groner Edelman & Napoli Bern, LLP
115 Broadway, 12th Floor
New York, New York 10006
(212) 267.3700

Gregory J. Cannata, Esq.
Law Office of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279
(212) 553.9206

Robert A.. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279
(212) 608-4400

James E. Tyrrell, Jr., Esq.
Patton Boggs LLP
One Riverfront Plaza
Newark, New Jersey 07102
(973) 848.5600

Thomas A. Egan, Esq.
Fleming Zulack Williamson Zauderer, LLP
One Liberty Plaza
New York, New York 10006-1404
(212) 412.9500

Dated: New York, New York
September 14, 2007

John P. Cookson (Bar Code: JC-9391)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Attorneys for Defendant,
Ambient Group, Inc.
Wall Street Plaza
88 Pine Street, 24th Floor
New York, N.Y. 10005
(212) 483-9490

2