```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
                                                    :
IN RE WORLD TRADE CENTER            :        21 MC 102 (AKH)
LOWER MANHATTAN DISASTER            :
SITE LITIGATION                     :        This order relates to:
                                                    :
                                                    :        07 Civ. 1619 (AKH)
                                                    :        07 Civ. 5338 (AKH)
----------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned for the

parties herein, that with respect to the actions listed above, *Leonard Gawin & Miroslawa Gawin*

*v. 2 Gold LLC, et al.* (07 Civ. 1619) and *Sime Begonja & Sliva Begonja v. 90 Church Street*

*Limited Partnership, et al.* (07 Civ. 5338), whereas no party herein is an infant, incompetent

person for whom a committee has been appointed or conservatee and no person not a party has

an interest in the subject matter of this action, and based on the representation of the within

Defendant, and to the extent Plaintiff(s) can so stipulate, that each claim, cross-claim and

counter-claim asserted by and against Defendant NEW YORK CITY INDUSTRIAL

DEVELOPMENT AGENCY, only as to the claims being made as to the premises located at 75

Varick Street, New York, New York and 76 Varick Street, New York, New York, shall be and

are hereby discontinued without prejudice and without costs to any party as against the other.

       IT IS FURTHER STIPULATED AND AGREED that should evidence be discovered

throughout this litigation which determines that the NEW YORK CITY INDUSTRIAL

DEVELOPMENT AGENCY is a proper entity to this suit, that Plaintiff(s) may reinstitute the

actions listed herein without regard to the applicable Statute of Limitations, assuming said

original action was timely commenced, and in such instance Defendant shall not assert Statute of

Limitation as a defense.

This Stipulation may be filed without notice with the Clerk of the Court.


Dated: New York, New York
         September 17, 2007

MICHAEL A. CARDOZO
Corporation Counsel
Attorney for Defendant
NEW YORK CITY INDUSTRIAL
DEVELOPMENT AGENCY


By: _____
      Peter E. Wies (PW-2763)
      New York City Law Department
      100 Church Street, Rm 4-175
      New York, New York  10007
      (212) 788-1409

WORBY GRONER EDELMAN
& NAPOLI BERN, LLP
Attorneys for Plaintiff(s)


By: _____
      Christopher R. LoPalo (CL-6-)
      115 Broadway, 12th Floor
      New York, New York  10006
      (212) 267-3700

2