UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER                              21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

------------------------------------------------------------x
SIME BEGONJA and SILVA BEGONJA

                           Plaintiffs,                Index No.: 07 CV 05338

      -against-                                              **NOTICE OF APPEARANCE**

TRINITY REAL ESTATE, et al.
                                                    **ELECTRONICALLY FILED**
                           Defendants.
------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, I/S/H/A "TRINITY REAL ESTATE".**

I certify that I am admitted to practice in this court.


Dated:     New York, New York
            December 10, 2007


                                           LONDON FISCHER LLP

                         By:    _____
                                Gillian Hines Kost (GK-2880)
                                59 Maiden Lane
                                New York, New York 10038
                                Phone: (212) 972-1000
                                Fax: (212) 972-1030

*Attorney for Defendants*
**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, I/S/H/A "TRINITY REAL ESTATE".**

K: VGFutterman\WTC-Trinity\Plaintiff\Begonja\Pleadings\Notice of Appearance