UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
-----------------------------------------------------------------X

| | |
|---|---|
| SIME BEGONJA (AND WIFE, SILVA BEGONJA<br><br>Plaintiffs,<br><br>-against-<br><br>90 CHURCH STREET LIMITED PARTNERSHIP, ET.AL.,<br>Defendant.<br>See Rider Attached. | Case No.:<br>21 MC 102 (AKH)<br><br>Docket No.: 07CV05338<br><br>NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT |

-----------------------------------------------------------------X   Jury Trial Demanded

Defendant, LIBERTY STREET REALTY, by their attorneys, CALLAN, KOSTER, BRADY & BRENNAN, LLP, adopts its Answer to the Master Complaint served by the answering defendants in 21 MC 102 (AKH) as its answer to the allegations set forth in the Complaint by Adoption (Check-Off Complaint). Pursuant to Case Management Order No. 4, this adoption of answer to the Master Complaint is deemed to deny the allegations of the Check-Off Complaint in this case. To the extent that defendant's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above caption matter, defendant denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

Wherefore, the defendant demands judgment dismissing the above captioned action, together with its costs and disbursements.

Dated:   New York, New York
         June 4, 2008

                                    Yours etc.,

                                    CALLAN, KOSTER, BRADY & BRENNAN, LLP
                                    Attorneys for Defendants – LIBERTY STREET REATLY

                                    By: _____
                                    Jason J. Lavery (3366)
                                    One Whitehall Street
                                    New York, New York 10004
                                    (212) 248-8800

CALLAN, KOSTER,
BRADY & BRENNAN, LLP
COUNSELORS AND
ATTORNEYS AT LAW
One Whitehall Street
New York, New York 10004
212-248-8800

TO:   WORBY GRONER & NAPOLI BERN, LLP
      Plaintiffs Liaison
      In Re Lower Manhattan Disaster Site Litigation
      115 Broadway, 12th Floor
      New York, New York 10006
      (212) 267-3700

**RIDER**

SIME BEGONJA AND SILVA BEGONJA,

                Plaintiffs,

- against -

90 CHURCH STREET LIMITED PARTNERSHIP, AMBIENT GROUP, INC., BELFOR USA GROUP, INC., BOSTON PROPERTIES, INC., LIBERTY STREET REALTY, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., AND TRINITY REAL ESTATE, ET AL

                Defendants.

-----------------------------------X